UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND et al,** )<br>)<br>)<br>**Plaintiffs,**  )<br>)<br>vs.  )<br>)<br>**B & G UTILITIES, LLC,**  )<br>)<br>**Defendant.**  ) | Case No. 4:10-CV-01735-NAB |

## MEMORANDUM AND ORDER

On December 1, 2011, the Court granted attorney Heather A. Bub's motion to withdraw as counsel for Defendant. Heather A. Bub was the only attorney of record actively representing Defendant, a business entity, in this matter. Therefore, Defendant is now without counsel. Under established federal law, a Defendant business entity can only appear in court through an attorney. *See Harrison v. Wahatoyas*, L.L.C., 253 F.3d 552, 556 (10th Cir. 2001) ("As a general matter, a corporation or other business entity can only appear in court through an attorney[.]"); *Lattanzio v. COMTA*, 481 F.3d 137 (2nd Cir. 2007) ("[A] limited liability company also may appear in federal court only through a licensed attorney."). Therefore, Defendant may not defend against this action *pro se*, or unrepresented by an attorney, and must obtain counsel for representation in this matter. Defendant shall obtain counsel, who shall file an entry of appearance on behalf of Defendant within fourteen (14) days of the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant shall, within fourteen (14) days of the date of this Order, obtain counsel to represent it in this matter.

**IT IS FURTHER ORDERED** that Defendant's counsel shall file an entry of appearance on behalf of Defendant within fourteen (14) days of the date of this Order.

Dated this 6th day of December, 2011

    /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE