UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, an employee benefit plan, and BRANDON FLINN, RAYMOND LINEHAN, PASQUALE LOPICCOLO, GARY ELLIOTT, DAVID GILLICK, JAMES MOLL, TOM DANIELS, JEFF SCHMIDT, ADAM KNOEBEL, JAY SCHULTEHENRICH MIKE BENIGNO and NORMAN MERLO, Trustees of the Greater St. Louis Construction Laborers Welfare Fund, and CONSTRUCTION LABORERS PENSION TRUST OF GREATER ST. LOUIS, an employee benefit plan, and MIKE BENIGNO, JOSEPH W. BEETZ, RICHARD McLAUGHLIN, JEFFREY O'CONNELL, PASQUALE LOPICCOLO, DON WILLEY, GARY ELLIOTT, WILLIAM L. LUTH, DONALD GRANT, JOSEPH LERITZ, ROBERT FRITZ and JAY SCHULTEHENRICH, Trustees of the Construction Laborers Pension Trust of Greater St. Louis, and ST. LOUIS VACATION FUND – VACATION PLAN, an employee benefit plan, and GARY ELLIOTT, BRANDON FLINN JAY SCHULTEHENRICH, NORMAN MERLO and WILLIAM L. LUTH, Trustees of the St. Louis Vacation Fund – Vacation Plan, and AGC–EASTERN MISSOURI LABORERS' JOINT TRAINING FUND, an employee benefit plan, and LARRY BLOOMER, ANDREW ORLANDO, PERRI PRYOR, GARY ELLIOTT, RICHARD McGUIRE, BRANDON FLINN, JOHN B. MORGAN, JOHN P. MULLIGAN, ROBERT J. WESOLICH, FRANCIS R. WOJEHOWSKI, CLIFF LAND, and JOHN J. SMITH, SR., Trustees of the AGC–Eastern Missouri Laborers' Joint Training Fund, and LOCAL UNION NOS. 42-53-110, LABORERS INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO, labor organizations, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 4:10-CV-01735 NAB |
| vs. | ) ) | |

B & G UTILITIES, LLC,      )
                           )
      Defendant.           )

# JUDGMENT

In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered for Plaintiffs and against Defendant B & G UTILITIES.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiffs are awarded Thirty-Six Thousand Nine Hundred Forty Four Dollars and Seventy-Eight Cents ($36,944.78) in delinquent contributions; Seven Thousand Three Hundred Eighty-Nine Dollars ($7,389.00) in liquidated damages; Four Hundred Sixty-Seven Dollars and Fifteen Cents ($467.15) in interest; One Thousand Sixty-Seven Dollars ($1,067.00) in payroll examination fees;  Six Hundred Seventy-Eight Dollars and Fifty Cents ($678.50) in court costs; and Two Thousand Nine Hundred Eighty-Nine Dollars and Fifty Cents ($2,989.50) in attorneys' fees, for a total of Forty-Nine Thousand Five Hundred Thirty-Five Dollars and Ninety-Three Cents ($49,535.93).

/s/Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 6th day of April, 2012.